IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 2:22-cr-00795-BHH-1 |
| | ) | |
| vs. | ) | |
| | ) | |
| ANTWAN ANTONIO TAYLOR, | ) | |
| a/k/a "Blow" | ) | |

### MOTION FOR PRELIMINARY ORDER OF FORFEITURE AS TO ANTWAN ANTONIO TAYLOR

Pursuant to Fed. R. Crim. P. 32.2(b), the United States of America, by and through its undersigned Assistant United States Attorney, Carrie Fisher Sherard, moves this Court for the entry of a Preliminary Order of Forfeiture as to Antwan Antonio Taylor, ("Taylor", "Defendant"), based on the Defendant's conviction of conspiracy to possess with intent to distribute and to distribute 5 kilograms or more of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A) and 846 and aiding and abetting a co-conspirator in obtaining a firearm by making a false statement to a federal firearms licensee, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

The Government further requests that such order be entered by this Court sufficiently in advance of sentencing to permit time for the Government and the Defendant to suggest revisions or modifications. Fed. R. Crim. P. 32.2(b)(2)(B) ("Unless doing so is impractical, the court must enter the preliminary order sufficiently in advance of sentencing to allow the parties to suggest revisions or modifications before the order becomes final as to the defendant under Rule 32.2(b)(4).")

1

          Respectfully submitted,

          ADAIR F. BOROUGHS
          UNITED STATES ATTORNEY

          By:   *s/Carrie Fisher Sherard*
                Carrie Fisher Sherard #10134
                Assistant United States Attorney
                55 Beattie Place, Suite 700
                Greenville, SC 29601
                (864) 282-2100

July 18, 2024